BARBARA A. COTTER, ESQ. (SBN 142590)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
T.: 916-442-3100 | F.: 916-442-4227
bcotter@cookbrown.com

Attorneys for Defendants
ROBERT M. LUTZ, KATHLEEN J. LUTZ
and EL DORADO FOOD MART, INC.

RAYMOND G. BALLISTER, JR., ESQ. (SBN 111282)
MARK POTTER, ESQ. (SBN 166317)
PHYL GRACE, ESQ. (SBN 171771)
CENTER FOR DISABILITY ACCESS
MAIL:  P.O. BOX 262490
SAN DIEGO, CALIFORNIA 92196-2490
DELIVERY:  9845 ERMA ROAD, SUITE 300
SAN DIEGO, CALIFORNIA 92131
T.: 858-375-7385 | F.: 888-422-5191
phylg@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>ROBERT M. LUTZ, IN HIS INDIVIDUAL AND REPRESENTATIVE CAPACITY AS TRUSTEE--LUTZ FAMILY TRUST; et al.,<br><br>　　　　　Defendant(s). | Case No.  2:15-CV-00228-MCE-AC<br><br>**STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Action Filed:  January 27, 2015 |

Pursuant to Eastern District Local Rule 6-144, Plaintiff hereby grants defendants in this matter an extension in which to file a responsive pleading to Plaintiff's Complaint in the above-entitled matter.  Pursuant to this agreement, defendants will file and serve their responsive pleading on or before March 26, 2015.

The parties understand that pursuant to local rule 6-144 the parties may stipulate to extend the time for the County to respond to Plaintiff's Complaint for no more than twenty-eight (28) days.  The parties have not previously sought an extension.  The parties are close to resolving this matter via a stipulation for dismissal without prejudice.  The parties wish to resolve this matter before resorting to judicial intervention.  No further stipulations to extend the time in which the defendants can file and serve their responsive pleading will be made.

DATED: March 3, 2015          COOK BROWN, LLP


By:   /s/ *Barbara A. Cotter*
          BARBARA A. COTTER, ESQ.
          Attorney for Defendants
          ROBERT M. LUTZ, KATHLEEN J. LUTZ
          and EL DORADO FOOD MART, INC.


DATED: March 3, 2015          CENTER FOR DISABILITY ACCESS


By:   /s/ *Phyl Grace*
          RAYMOND G. BALLISTER, JR., ESQ.
          MARK POTTER, ESQ.
          PHYL GRACE, ESQ.
          Attorney for Plaintiff
          SCOTT JOHNSON

## ORDER

In accordance with the parties' stipulation, the time for defendants to serve and file their responsive pleading is hereby extended to March 26, 2015.  Any further agreements to extend dates set by the court will require Court approval.

IT IS SO ORDERED.

Dated: March 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT