UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT M LUTZ, in his individual and representative capacity as Trustee--Lutz Family Trust; KATHLEEN J LUTZ, in her individual and representative capacity as Trustee--Lutz Family Trust; EL DORADO FOOD MART, INC., a California Corporation; and Does 1-10,<br><br>    Defendants, | Case: 2:15-cv-00228-MCE-AC<br><br>**ORDER of DISMISSAL** |

In accordance with the stipulation of the parties, and good cause appearing, Defendants Robert M Lutz, in his individual and representative capacity as Trustee--Lutz Family Trust; Kathleen J Lutz, in her individual

and representative capacity as Trustee--Lutz Family Trust are hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT