UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:15-cv-00228-MCE-AC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ROBERT M LUTZ, in his individual and representative capacity as Trustee--Lutz Family Trust; KATHLEEN J LUTZ, in her individual and representative capacity as Trustee--Lutz Family Trust; EL DORADO FOOD MART, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

In accordance with the parties Join Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  January 10, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1